Nicholas B. DELIA, Plaintiff–Appellant,

v.

CITY OF RIALTO, a Public Entity; City of Rialto Fire Department, a Public Agency; Stephen C. Wells, Individually and as the Fire Chief for the City of Rialto; Mike Peel, Individually and as Battalion Chief for the City of Rialto; Frank Bekker, Indi-

vidually and as Battalion Chief for the City of Rialto; Steve A. Filarsky, Individually and as an Internal Affairs Investigator for the City of Rialto, Defendants–Appellees.

No. 09–55514.

United States Court of Appeals, Ninth Circuit.

June 19, 2012.

Michael Andrew McGill, Esquire, Carolina Veronica Diaz, Lackie Dammeier & McGill APC, Upland, CA, for Plaintiff–Appellant.

Cynthia M. Germano, Howard B. Golds, Best Best & Krieger, LLP, Riverside, CA, Jon Howard Tisdale, Esquire, Gilbert, Kelly, Crowley and Jennett, Los Angeles, CA, for Defendants–Appellees.

On Remand from the United States Supreme Court. D.C. No. 2:08–cv–03359–R–PLA.

Before: ALFRED T. GOODWIN, JOHNNIE B. RAWLINSON, Circuit Judges, and MARK W. BENNETT, District Judge.*

**ORDER**

In light of the United States Supreme Court's decision in *Filarsky v. Delia,* ─── U.S. ───, 132 S.Ct. 1657, 182 L.Ed.2d 662 (2012), the judgment of the district court is affirmed. The mandate shall issue forthwith. *See* FED. R. APP. P. 4(b).

REMANDED

---

\* The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa, sitting by designation.